## RYAN THOMPSON *v.* COMMISSIONER OF CORRECTION

The petitioner Ryan Thompson's petition for certification for appeal from the Appellate Court, 131 Conn. App. 671 (AC 32044), is denied.

*Adele V. Patterson*, senior assistant public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided November 8, 2011

## BOHONNON LAW FIRM, LLC *v.* JOHN H. BAXTER

The defendant's petition for certification for appeal from the Appellate Court, 131 Conn. App. 371 (AC 32115), is denied.

NORCOTT and PALMER, Js., did not participate in the consideration of or decision on this petition.

*Kenneth A. Votre*, in support of the petition.

Decided November 8, 2011

## CRAIG POYSER *v.* COMMISSIONER OF CORRECTION

The petitioner Craig Poyser's petition for certification for appeal from the Appellate Court, 131 Conn. App. 902 (AC 32322), is denied.

*Joseph Visone*, assigned counsel, in support of the petition.

Decided November 8, 2011